AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| PLEX CAPITAL, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 23-cv-2710 |
| EASTON MD OPCO LLC d/b/a PINES NURSING AND REHAB<br>PINES NURSING AND REHAB, LLC<br>KEY HEALTH MANAGEMENT LLC | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Easton MD Opco LLC
d/b/a Pines Nursing and Rehab
SERVE ON: Resident Agent
Corporate Creations Network, Inc.
2 Wisconsin Circle, #700
Chevy Chase, Maryland  20815

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David J. Shuster, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland  21202
(410) 752-6030 - dshuster@kg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/10/2023



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

|  |  |  |
|---|---|---|
| PLEX CAPITAL, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  23-cv-2710 |
| EASTON MD OPCO LLC d/b/a PINES NURSING AND REHAB<br>PINES NURSING AND REHAB, LLC<br>KEY HEALTH MANAGEMENT LLC | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Pines Nursing and Rehab, LLC
SERVE ON: Resident Agent
Jack Ribakow
6607 Park Heights Avenue, Apt 2
Baltimore, Maryland  21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Shuster, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland  21202
(410) 752-6030 - dshuster@kg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/10/2023



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| PLEX CAPITAL, LLC<br><br>*Plaintiff(s)*<br>v.<br>EASTON MD OPCO LLC d/b/a PINES NURSING AND REHAB<br>PINES NURSING AND REHAB, LLC<br>KEY HEALTH MANAGEMENT LLC<br><br>*Defendant(s)* | Civil Action No. 23-cv-2710 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Key Health Management LLC
SERVE ON: Resident Agent
AAA Services, LLC
125 Locust Street
Harrisburg, Pennsylvania  17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Shuster, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland  21202
(410) 752-6030 - dshuster@kg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/10/2023



*Deputy Clerk*

